IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| TIMOTHY WAYNE TAYLOR, #1273662 § | |
| § | |
| v. § | CIVIL ACTION NO. G-06-243 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| DIRECTOR OF TDCJ-CID § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on June 6, 2007. Petitioner has filed his Objections in a timely manner. Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Respondent's Motion for Summary Judgment (Instrument No. 15) is **GRANTED** and that the Petition for a Writ of Habeas Corpus of Timothy Wayne Taylor (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 9th day of July, 2007.

_____
Samuel B. Kent
United States District Judge